DARREN CANTRELL MILLER
REG. NO. 87992-020
FCI YAZOO CITY MEDIUM
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
YAZOO CITY, MS 39194

~~May~~ 18, 2021
Aug

Mr. David W. Bunt
Clerk of Court
U.S. District Court
Middle District of Georgia
C.B. King United States Courthouse
201 West Broad Avenue
Albany, GA 31701-2566

    RE:  *Miller v. United States*
           Crim No. 1:05-cr-00043-WLS-TQL-1

Dear Mr. Bunt:

Enclosed please find and accept for filing Movant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. Please submit this document to the Court.

Thank you for your assistance in this matter.

                                      Sincerely,

                                      */s/ Darren Miller*
                                      DARREN CANTRELL MILLER
                                      Appearing *Pro Se*

*Encl. as noted*