8-18

Honorable
   Judge sands,
I pray this letter reaches you in good health and spirits, in these troubling times. This new delta varient is mind boggling. I'm writing in regards of my life. Asking for mercy of the courts.
I've been incarcerated for over 16 yrs. I used my time elevating mentally. I've earned my Ged with Valedictorian honors. I have earned numerous certificates. There inclosed, your honor. I have an 82 year old grandmother, who is my Guardian. Now she needs my help. I'm her caregiver. My sons mother is in the hosipital with covid, she also has sickacell. I have a motion that I have researched. Everything is correct. Please read with the understanding mind. I'm sorry an remorseful for my actions. I have been vacinated. I have strong family ties. I have a job lined up. I have completed over 75% of my time. As you will read I have did over my time. I can function and strive in society!

I was a 22 yr old boy when I was incarcerated. I'm a 38 yr old man now. I filed following all procedures. Please grant me amnesty. My family needs me. I have plans for growth. I have wrote books. I plan on teaching the youth what I have learned. I will be a productive citizen. I will give and help. Not take away and hurt like I did in the past. Thank you for your time.

My motion is inclosed. Along with my progress report.

Respectfully
Darren Miller
87992-020