|  | Individualized Needs Plan - Program Review   (Inmate Copy) | SEQUENCE: 01366446 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 02-12-2021 |
| | Plan is for inmate: MILLER, DARREN CANTRELL  87992-020 | |

| | | | |
|---|---|---|---|
| Facility: | YAM  YAZOO CITY MED FCI | Proj. Rel. Date: | 09-18-2025 |
| Name: | MILLER, DARREN CANTRELL | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 87992-020 | DNA Status: | TDG02521 / 03-23-2010 |
| Age: | 38 | | |
| Date of Birth: | 01-09-1983 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| YAM | REC ORD II | RECREATION: ORDERLY II | 10-16-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| YAM | ESL HAS | ENGLISH PROFICIENT | 07-30-2009 |
| YAM | GED EARNED | GED EARNED IN BOP | 01-27-2016 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| YAM | C | INFECTIOUS DISEASE | 01-16-2019 | 01-16-2019 |
| YAP | C | ACE: EFFECTIVE COMMUNICATION | 05-17-2018 | 07-05-2018 |
| YAP | C | CHECKING AND SAVING RPP 3 | 05-15-2018 | 06-05-2018 |
| YAP | C | GED 1A, M-F, 8-10 AM | 01-07-2016 | 01-27-2016 |
| COP | W | VT ROOM 2 GED 7:30-9:30AM M-F | 06-25-2015 | 11-30-2015 |
| YAP | C | DISEASE 1 | 12-15-2015 | 12-15-2015 |
| COP | C | CHANGE PLAN #6 | 06-02-2015 | 06-02-2015 |
| COP | W | VT ROOM 2 GED 7:30-9:30AM M-F | 01-08-2015 | 05-26-2015 |
| COP | C | ADVANCED PILATES CLASS | 01-05-2015 | 03-13-2015 |
| COP | C | ABDOMINALS CLASS | 01-05-2015 | 03-13-2015 |
| COP | W | VT ROOM 2 GED 12:30-3:00PM M-F | 01-06-2015 | 01-08-2015 |
| COP | C | SPORTS RULES | 02-21-2014 | 02-24-2014 |
| COP | C | CHANGE PLAN | 03-17-2014 | 03-17-2014 |
| FLP | W | ECHO UNIT GED | 04-02-2013 | 11-15-2013 |
| FLP | C | CHILD SUPPORT & INCARCERATION | 10-10-2013 | 10-23-2013 |
| FLP | C | POSITIVE DISCIPLINE FOR PARENT | 08-07-2013 | 09-19-2013 |
| FLP | C | EVERYDAY GRAMMAR SKILLS: | 08-07-2013 | 08-23-2013 |
| FLP | C | SOC SEC BENEFITS FOR REENTRY | 08-07-2013 | 08-10-2013 |
| FLP | C | MONEY SMART | 08-07-2013 | 08-10-2013 |
| FLP | C | EXPERT JOB SEARCH STRATEGIS | 03-11-2013 | 03-11-2013 |
| TDG SMU | W | GED CLASS SMU | 06-18-2012 | 01-07-2013 |
| TDG SMU | W | CREATING A PORTFOLIO LEVEL II | 10-01-2012 | 01-07-2013 |
| TDG SMU | C | STRATEGIC RESUMES LEVEL II | 08-14-2012 | 09-27-2012 |
| TDG SMU | C | 12 STEP LEVEL I SMU | 07-16-2012 | 08-09-2012 |
| TDG SMU | C | GOAL SET LEVEL I PROGRAM SMU | 06-15-2012 | 07-12-2012 |
| VIM | W | GED REFRESH CLASS D 1:30-3:00 | 10-01-2010 | 06-03-2011 |
| VIM | C | ACE GREAT EVENTS IN WORLD HIST | 01-10-2011 | 05-13-2011 |
| VIM | C | ACE HEALTH & FITNESS I | 01-10-2011 | 05-13-2011 |
| VIM | C | ACE HUMAN RIGHTS | 05-09-2011 | 05-10-2011 |
| VIM | C | MICRO-SOFT COMPUTER 12:00 PM | 01-21-2011 | 03-31-2011 |
| VIM | C | ACE GEOMETRY TO PASS GED | 10-10-2010 | 12-25-2010 |
| VIM | C | IMPROVING COMM AND SOC SKILLS | 07-07-2010 | 09-24-2010 |
| VIM | C | ACE GEOMETRY TO PASS GED | 07-07-2010 | 09-24-2010 |
| VIM | C | ACE HUMAN RIGHTS | 07-07-2010 | 09-24-2010 |
| VIM | C | RPP FCI CMC RPP OVERVIEW (C5) | 05-26-2010 | 05-26-2010 |
| VIM | C | RPP IDENTIYING YOURSELF | 06-15-2010 | 06-15-2010 |
| TDG | W | #2 ADVANCED GED 8-10 FCI M-F | 10-19-2009 | 04-25-2010 |



| | Individualized Needs Plan - Program Review   (Inmate Copy) | | SEQUENCE: 01366446 |
|---|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | | Team Date: 02-12-2021 |
| | Plan is for inmate: MILLER, DARREN CANTRELL  87992-020 | | |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| TDG | W | #2 ADVANCED GED 12-2 FCI M-F | 10-12-2009 | 10-19-2009 |
| TDG | C | RPP1 AIDS AWARENESS | 07-22-2009 | 07-22-2009 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 01-22-2013 |
| CARE1-MH | CARE1-MENTAL HEALTH | 10-01-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 08-08-2009 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-22-2013 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-09-2015 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 01-12-2021 |
| ED COMP | DRUG EDUCATION COMPLETE | 09-23-2009 |

### FRP Details

Most Recent Payment Plan

**FRP Assignment:** NO OBLG   FINANC RESP-NO   **Start:** 11-26-2014

**Inmate Decision:** AGREED   $25.00   **Frequency:** QUARTERLY
**Payments past 6 months:** $0.00   **Obligation Balance:** $0.00

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $300.00 | $225.00 | IMMEDIATE | EXPIRED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Payment Details

Trust Fund Deposits - Past 6 months:  $ N/A        Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Progress since last review

Inmate Miller has been encouraged to take classes here at FCC Yazoo City. Since last team he has not received any incident report. Unit Team will recommend the inmate to enroll in a class that may assist him reintegrating back into society.

### Next Program Review Goals

The Unit Team recommends he obtain a job and maintain good to superior work evaluations; maintain clear conduct; and maintain good cell sanitation through his next team date of 07-2021. The Unit Team recommends he enroll in Health/Nutrition and an ACE/RPP/Recreation class of his choice such as Advanced Math, American History, or Calisthenics, by his next team date of 07-2021

### Long Term Goals

The Unit Team recommends he obtain a copy of his birth certificate and social security card at least 12 months prior to his Projected Release Date. In addition, the Unit Team recommends he obtain a certification in a vocational trade such as Welding or HVAC at least 6 months prior to his Projected Release Date.

### RRC/HC Placement

### Comments

He is recommended to maintain communication with family and friends, clear conduct, and a high level of sanitation by next review.

```
YAM60                    *       INMATE EDUCATION DATA          *      06-19-2020
PAGE 001                 *             TRANSCRIPT               *        15:46:09

REGISTER NO: 87992-020       NAME..: MILLER                   FUNC: PRT
FORMAT......: TRANSCRIPT     RSP OF: YAM-YAZOO CITY MED FCI
```

---------------------------------- EDUCATION INFORMATION ----------------------------
```
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME  STOP DATE/TIME
YAM  ESL HAS   ENGLISH PROFICIENT              07-30-2009 1116  CURRENT
YAM  GED EARNED GED EARNED IN BOP              01-27-2016 0750  CURRENT
```

---------------------------------- EDUCATION COURSES ----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| YAM | INFECTIOUS DISEASE | 01-16-2019 | 01-16-2019 | P | C | P | 1 |
| YAP | ACE: EFFECTIVE COMMUNICATION | 05-17-2018 | 07-05-2018 | P | C | P | 16 |
| YAP | CHECKING AND SAVING RPP 3 | 05-15-2018 | 06-05-2018 | P | C | P | 8 |
| YAP | GED 1A M-F 8-10 AM | 01-07-2016 | 01-27-2016 | P | C | P | 25 |
| COP | VT ROOM 2 GED 7:30-9:30AM M-F | 06-25-2015 | 11-30-2015 | P | W | I | 68 |
| YAP | DISEASE 1 | 12-15-2015 | 12-15-2015 | P | C | P | 1 |
| COP | CHANGE PLAN #6 | 06-02-2015 | 06-02-2015 | P | C | P | 6 |
| COP | VT ROOM 2 GED 7:30-9:30AM M-F | 01-08-2015 | 05-26-2015 | P | W | I | 65 |
| COP | ADVANCED PILATES CLASS | 01-05-2015 | 03-13-2015 | P | C | P | 4 |
| COP | ABDOMINALS CLASS | 01-05-2015 | 03-13-2015 | P | C | P | 4 |
| COP | VT ROOM 2 GED 12:30-3:00PM M-F | 01-06-2015 | 01-08-2015 | C | W | I | 0 |
| COP | SPORTS RULES | 02-21-2014 | 02-24-2014 | P | C | P | 4 |
| COP | CHANGE PLAN | 03-17-2014 | 03-17-2014 | P | C | P | 8 |
| FLP SMU3-4 | ECHO UNIT GED | 04-02-2013 | 11-15-2013 | P | W | I | 304 |
| FLP SMU3-4 | CHILD SUPPORT & INCARCERATION | 10-10-2013 | 10-23-2013 | P | C | P | 1 |
| FLP SMU3-4 | POSITIVE DISCIPLINE FOR PARENT | 08-07-2013 | 09-19-2013 | P | C | P | 12 |
| FLP SMU3-4 | EVERYDAY GRAMMAR SKILLS: NOUNS | 08-07-2013 | 08-23-2013 | P | C | P | 4 |
| FLP SMU3-4 | SOC SEC BENEFITS FOR REENTRY | 08-07-2013 | 08-10-2013 | P | C | P | 1 |
| FLP SMU3-4 | MONEY SMART | 08-07-2013 | 08-10-2013 | P | C | P | 4 |
| FLP SMU1-2 | EXPERT JOB SEARCH STRATEGIS | 03-11-2013 | 03-11-2013 | P | C | P | 6 |
| TDG SMU | GED CLASS SMU | 06-18-2012 | 01-07-2013 | P | W | I | 198 |
| TDG SMU | CREATING A PORTFOLIO LEVEL II | 10-01-2012 | 01-07-2013 | P | W | I | 15 |
| TDG SMU | STRATEGIC RESUMES LEVEL II | 08-14-2012 | 09-27-2012 | P | C | P | 30 |
| TDG SMU | 12 STEP LEVEL I SMU | 07-16-2012 | 08-09-2012 | P | C | P | 30 |
| TDG SMU | GOAL SET LEVEL I PROGRAM SMU | 06-15-2012 | 07-12-2012 | P | C | P | 30 |
| VIM | GED REFRESH CLASS D 1:30-3:00 | 10-01-2010 | 06-03-2011 | P | W | I | 160 |
| VIM | ACE GREAT EVENTS IN WORLD HIST | 01-10-2011 | 05-13-2011 | P | C | P | 10 |
| VIM | ACE HEALTH & FITNESS I | 01-10-2011 | 05-13-2011 | P | C | P | 10 |
| VIM | ACE HUMAN RIGHTS | 05-09-2011 | 05-10-2011 | P | C | P | 10 |
| VIM | MICRO-SOFT COMPUTER 12:00 PM | 01-21-2011 | 03-31-2011 | P | C | M | 150 |
| VIM | ACE GEOMETRY TO PASS GED | 10-10-2010 | 12-25-2010 | P | C | P | 10 |
| VIM | IMPROVING COMM AND SOC SKILLS | 07-07-2010 | 09-24-2010 | P | C | P | 10 |
| VIM | ACE GEOMETRY TO PASS GED | 07-07-2010 | 09-24-2010 | P | C | P | 10 |
| VIM | ACE HUMAN RIGHTS | 07-07-2010 | 09-24-2010 | P | C | P | 10 |
| VIM | RPP FCI CMC RPP OVERVIEW (C5) | 05-26-2010 | 05-26-2010 | P | C | P | 1 |
| VIM | RPP IDENTIYING YOURSELF | 06-15-2010 | 06-15-2010 | P | C | P | 2 |
| TDG | #2 ADVANCED GED 8-10 FCI M-F | 10-19-2009 | 04-25-2010 | P | W | I | 174 |
| TDG | #2 ADVANCED GED 12-2 FCI M-F | 10-12-2009 | 10-19-2009 | C | W | I | 0 |
| TDG | RPP1 AIDS AWARENESS | 07-22-2009 | 07-22-2009 | P | C | P | 1 |

```
G0002         MORE PAGES TO FOLLOW
```

```
YAM60              *           INMATE EDUCATION DATA          *      06-19-2020
PAGE 002 OF 002    *              TRANSCRIPT                   *      15:46:09

REGISTER NO: 87992-020     NAME..: MILLER                      FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: YAM-YAZOO CITY MED FCI

------------------------------ HIGH TEST SCORES ------------------------------
TEST            SUBTEST         SCORE    TEST DATE     TEST FACL    FORM    STATE
GED             AVERAGE         604.0    01-14-2016    YAP          PASS    DC
                LIT/ARTS        730.0    01-14-2016    YAP          IC      DC
                MATH            520.0    01-14-2016    YAP          IC      DC
                SCIENCE         560.0    01-14-2016    YAP          IC      DC
                SOC STUDY       640.0    01-14-2016    YAP          IC      DC
                WRITING         570.0    01-14-2016    YAP          IC      DC
GED PRAC        LIT/ARTS        800.0    01-11-2016    YAP          PA
                MATH            430.0    01-11-2016    YAP          PA
                SCIENCE         450.0    01-11-2016    YAP          PA
                SOC STUDY       630.0    01-11-2016    YAP          PA
                WRITING         390.0    04-14-2010    TDG          PC
TABE A          LANGUAGE          5.0    08-20-2009    TDG          9
                MATH APPL         8.6    08-20-2009    TDG          9
                MATH COMP         1.8    08-20-2009    TDG          9
                READING          10.0    08-20-2009    TDG          9




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

*(Handwritten annotations: "After" next to GED rows, "Before" next to TABE A rows)*