# EXHIBIT 1:
## "Medical Documents"

# Bureau of Prisons
# Health Services
# Immunizations

| Begin Date: | 02/23/2022 | | End Date: | 05/23/2022 | | | | |
|---|---|---|---|---|---|---|---|---|
| Reg #: | 87992-020 | | Inmate Name: | MILLER, DARREN CANTRELL | | | | |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| COVID-19 Pfizer-BioNTech | 04/27/2022 | Now | Left Deltoid | 0.3mL | Pfizer | FK9893 | 3 | 06/14/2022 |

Orig Entered: 04/27/2022 17:45 EST   Baymon-Allen, S. RN, IOP/IDC

Total: 1

Case 1:05-cr-00043-WLS-TQL   Document 98-1   Filed 10/12/22   Page 3 of 16
From:lab                  6018835098                02/22/2022 17:10    #623 P.002/003

ent 02/22/2022 at 11:31:46 - from - to 6018835098 p2/4

# CLEVELAND CLINIC
Robert J. Tomsich Pathology and Laboratory Medicine Institute
9500 Euclid Avenue, Cleveland, OH 44195

## CYTOLOGY REPORT

| | | | |
|---|---|---|---|
| Patient Name: | MILLER, DARREN | Specimen #: | C22-10235 |
| Patient ID #: | 000536858 | Date of Procedure: | 2/11/2022 |
| DOB: | 1/9/1983 (Age: 39) M | Date of Receipt: | 2/11/2022 |
| Home Phone: | | Date of Report: | 2/22/2022 |
| Client: | MERIT HEALTH - RIVER REGION HEALTH SYSTEM | Location: | |
| Address: | 2100 HIGHWAY 61 NORTH<br>PATHOLOGY DEPARTMENT<br>VICKSBURG,MS  39183 | Client MRN: | |
| Phone/Fax: | P: 1601 883-5050/ F: 1601 883 5098 | | |
| Physician(s): | BRENDA JORDAN, M.D. | | |

**SPECIMEN SUBMITTED**
A: PARTOID CYST, FINE NEEDLE ASPIRATION, 5 OUTSIDE SLIDES (130-FN-22-0000002), MERIT HEALTH RIVER REGION, VICKSBURG, MS, (02/02/2022)

### FINAL DIAGNOSIS

A. PARTOID CYST, FINE NEEDLE ASPIRATION, 5 OUTSIDE SLIDES (130-FN-22-0000002), MERIT HEALTH RIVER REGION, VICKSBURG, MS, (02/02/2022):
Positive for malignant cells.
Secretory carcinoma of salivary gland (see comment).

**COMMENT**
Thank you for sharing this case in consultation. This parotid gland aspirate shows secretory carcinoma.

The aspirate smears are cellular with loosely cohesive epithelioid cells having abundant vacuolated cytoplasm. Scattered more cohesive clusters of cells suggest that at least some of these are of epithelial origin. There is also cystic debris and pigment. The cell block is less cellular but contains a few clusters of cells similar to those seen in the aspirate smears. Immunostains performed at Cleveland Clinic on the provided cell block show these cells to be positive for S100 and mammaglobin but negative for SOX10. DOG-1 show only weak apical reactivity. A pan-TRK immunostain shows nuclear reactivity. The overall morphology and immunophenotype are diagnostic of secretory carcinoma (formerly mammary analogue secretory carcinoma).

Secretory carcinoma of salivary glands are a typically low-grade carcinoma morphologically identical to secretory carcinoma described in the breast. As with secretory carcinoma of the breast, salivary gland secretory carcinoma are most commonly associated with an ETV6-NTRK3 gene fusion. Nuclear reactivity with pan-TRK in this case is suggestive of such a fusion in this case.

Dr. D. Chute has also reviewed this case and agrees.

Laboratory Developed Test (LDT) Disclaimer:

---

MILLER, DARREN 000536858       MERIT HEALTH - RIVER REGION HEALTH SYSTEM                Page 1 of 2

| MILLER, DARREN | CYTOLOGY REPORT | C22-10235 |
|---|---|---|

Positive and negative controls stain appropriately. Performance characteristics of immunohistochemical, immunofluorescent and chromogenic in-situ hybridization tests have been determined by Cleveland Clinic's Robert J. Tomsich Pathology and Laboratory Medicine Institute (RT-PLMI) in a manner consistent with CLIA requirements. One or more of these tests have not been cleared or approved by the FDA. RT-PLMI is regulated under CLIA as qualified to perform high-complexity testing. These tests are used for clinical purposes. They should not be regarded as investigational or for research.

Christopher C. Griffith, M.D., PhD
***Electronic Signature***

### SLIDE/BLOCK DESCRIPTION
A: 5 Slides 130-FN-22-0000002; Cell Block x1, Smears x4.

### STAINS
A: PAROTID CYST, FINE NEEDLE ASPIRATION, 5 OUTSIDE SLIDES (130-FN-22-0000002), MERIT HEALTH RIVER REGION, VICKSBURG, MS, (02/02/2022)
OUTSIDE SLIDES RECEIVED x 5, H&E RECUT FOR IMMUNO, S-100 Protein, SOX10(BC34), DOG-1, MAMMAGLOBIN, Pan-TRK

Diagnostic interpretation performed at Cleveland Clinic, 9500 Euclid Ave, Cleveland OH 44195.   CLIA Number: 36D0656094

MILLER, DARREN 000536858    END OF REPORT    Page 2 of 2

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | MILLER, DARREN CANTRELL | | | Reg #: | 87992-020 |
| --- | --- | --- | --- | --- | --- |
| Date of Birth: | 01/09/1983 | Sex: | M | Race: | BLACK |
| Scanned Date: | 03/01/2022 12:07 EST | | | Facility: | YAM |

Cosigned with New Encounter Note by Martinez, R. MD on 03/01/2022 13:34.

Medical Records
FCC Yazoo City
2225 Haley Barbour Parkway
Yazoo City, MS 39194

87992-020

## Merit Health River Region

2100 Highway 61 North/111 N. Frontage Road
Vicksburg, MS 39183-
(601) 883-5000
Medical Laboratory Director: Kurt Kratz, MD

Patient: MILLER, DARREN
MRN: 000536858
Account #: 5457422
Adm Date: 2/2/2022

Location: MSRR ODS; 2253; A
Ordering: CHAMBERS,ANTHONY J MD
DOB/Sex: 1/9/1983   Male
Copy To: CHAMBERS,ANTHONY J MD
Consulting Physician:

87992-020

### Pathology Reports

ACCESSION: 130-FN-22-0000002
PATHOLOGIST: JORDAN,BRENDA MD
ORDERING PHYSICIAN: CHAMBERS,ANTHONY J MD
COLLECTED DATE/TIME: 2/2/2022 15:11 CST
RECEIVED DATE/TIME: 2/2/2022 15:22 CST

### Addendum Report – 2/28/2022 16:32 CST – Auth (Verified)

**Addendum Discussion**
**ADDENDUM**

### FINAL DIAGNOSIS

**A. PAROTID CYST, FINE NEEDLE ASPIRATION, 5 OUTSIDES (130-FN-22-02, MERIT HEALTH RIVER REGION, VICKSBURG, MS) 02/02/2022:**

- **POSITIVE FOR MALIGNANT CELLS.**
- **SECRETORY CARCINOMA OF SALIVARY GLAND (SEE COMMENT).**

**COMMENT:** Thank you for sharing this case in consultation. This parotid gland aspirate shows secretory carcinoma.

The aspirate smears are cellular with loosely cohesive epithelioid cells having abundant vacuolated cytoplasm. Scattered more cohesive clusters of cells suggest that at least some of these are of epithelial origin. There is also cystic debris and pigment. The cell block is less cellular but contains a few clusters of cells similar to those seen in the aspirate smears. Immunostains performed at Cleveland Clinic on the provided cell block show these cells to be positive for S100 and mammoglobin but negative for SOX10. DOG-1 shows only weak apical reactivity. A pan-TRK immunostain shows nuclear reactivity. The overall morphology and immunophenotype are diagnostic of secretory carcinoma (formally mammary analogue secretory carcinoma).

Secretory carcinoma of salivary glands are a typically low-grade carcinoma morphologically identical to secretory carcinoma described in the breast. As with secretory carcinoma of the breast, salivary gland secretory carcinomas are most commonly associated with an ETV6-NTRK3 gene fusion. Nuclear reactivity with pan-TRK in this case is suggestive of such a fusion in this case.

---

Patient: MILLER, DARREN
Print Date/Time: 3/1/2022 05:04 CST
Report Request ID: 556001105

Page 1 of 3

Attending: CHAMBERS,ANTHONY J MD
MRN: 000536858

3/8/22
R. Martinez, MD
Contract Doctor
FCC Yazoo City

## Merit Health River Region

**Patient:** MILLER, DARREN
**MRN:** 000536858
**Account #:** 5457422
**Adm Date:** 2/2/2022

**Location:** MSRR ODS: 2253; A
**Ordering:** CHAMBERS,ANTHONY J MD
**DOB/Sex:** 1/9/1983   Male
**Copy To:** CHAMBERS,ANTHONY J MD

### Pathology Reports

**ACCESSION:** 130-FN-22-0000002
**PATHOLOGIST:** JORDAN,BRENDA MD
**ORDERING PHYSICIAN:** CHAMBERS,ANTHONY J MD

**COLLECTED DATE/TIME:** 2/2/2022 15:11 CST
**RECEIVED DATE/TIME:** 2/2/2022 16:22 CST

**Addendum Discussion**

Dr. D. Chute has also reviewed this case and agrees.

Electronically signed by: Christopher C. Griffith, M.D., Ph.D.
Cleveland Clinic, 9500 Euclid Avenue, Cleveland, OH 44195
See outside report (C22-10235) for complete details.

```
***Electronically Signed By***
JORDAN, BRENDA MD
02/28/2022 16:32 CST
Hasty, Lisa M CT(ASCP)

02/28/2022 10:31 CST JRB
Performed at: MSRR Lab
2100 Highway 61 North Vicksburg MS 39183
```

### Fine Needle Aspirate Report – 2/8/2022 15:27 CST – Auth (Verified)

**Specimen**
parotid cyst aspirate

**Diagnosis**
Inconclusive (Pending Outside Consultation).

**Comment:** Scant oncocytic cells and acinar cells within a background of numerous macrophages and amorphous debris are seen. This could represent a benign complex cyst or cystic neoplasm; therefore, this case will be sent for outside expert consultation to Cleveland Clinic. An addendum report will follow.

```
***Electronically Signed By***
Verified By: BRENDA, JORDAN, MD
02/08/2022 15:27 CST
Screened By: Lisa M Hasty CT(ASCP)
02/03/2022 10:12 CST
Performed at: MSRR Lab
2100 Highway 61 North Vicksburg, MS 39183
```

**Microscopic Description**
Specimen consists of scant oncocytic cells and acinar cells within a background of numerous macrophages and amorphous debris.

**Cell Block Evaluation**
Cell block and direct smears have been reviewed.

---

**Patient:** MILLER, DARREN
**Print Date/Time:** 3/1/2022 05:04 CST
**Report Request ID:** 556001105

Page 2 of 3

**Attending:** CHAMBERS,ANTHONY J MD
**MRN:** 000536858

*[signature]* 3/8/22

R. Martinez, MD
Central Doctor
FCC Yazoo City

3/1/2022 05:06    (615)628-6002    Community Health Systems    RRD→16627514956    4/5

FCC Yazoo City
2225 Haley Barbour Parkway
Yazoo City, MS 39194

87992-020

## Merit Health River Region

| | |
|---|---|
| **Patient:** MILLER, DARREN | **Location:** MSRR ODS: 2253; A |
| **MRN:** 000536858 | **Ordering:** CHAMBERS,ANTHONY J MD |
| **Account #:** 5457422 | **DOB/Sex:** 1/9/1983    Male |
| **Adm Date:** 2/2/2022 | **Copy To:** CHAMBERS,ANTHONY J MD |

### Pathology Reports

| | | | |
|---|---|---|---|
| ACCESSION: | 130-FN-22-0000002 | COLLECTED DATE/TIME: | 2/2/2022 15:11 CST |
| PATHOLOGIST: | JORDAN,BRENDA MD | RECEIVED DATE/TIME: | 2/2/2022 15:22 CST |
| ORDERING PHYSICIAN: | CHAMBERS,ANTHONY J MD | | |

**Gross Description**
One Ultra Sound guided FNA pass was performed in Cath Lab by Dr. Tanaka. Approximately two cc dark brown colored fluid was aspirated. Two air-dried smears and two alcohol fixed smears are made. Combined needle rinse in RPMI fluid.

**Clinical History**
parotid cyst

---

**Patient:** MILLER, DARREN                                  **Attending:** CHAMBERS,ANTHONY J MD
**Print Date/Time:** 3/1/2022 05:04 CST                      **MRN:** 000536858
**Report Request ID:** 556001105         Page 3 of 3

3/17/2022 16:31    (615)628-6002    Community Health Systems    RRD→Medical Records 2/4

FCC Yazoo City
2225 Haley Barbour Parkway
Yazoo City, MS 39194

HF 87992-D20

## Merit Health River Region

2100 Highway 61 North/111 N. Frontage Road
Vicksburg, MS 39183-

(601) 883-5000

| | | | |
|---|---|---|---|
| Patient: | MILLER, DARREN | Location: | MSRR RAD |
| MRN: | 000536858 | Attending: | CHAMBERS, ANTHONY J MD |
| Account #: | 5468740 | DOB/Sex: | 1/9/1983  Male |
| Adm Date: | 3/17/2022 | Service Code: | RAD Radiology |
| Primary Care: | CHAMBERS, ANTHONY J MD | | |
| | | Copy to: | CHAMBERS, ANTHONY J MD |

### Computed Tomography

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 130-22-076-00464 | 3/17/2022 14:27 CDT | CT Soft Tissue Neck W | CHAMBERS, ANTHONY J MD | 39 years |

**Reason for Exam**
(CT Soft Tissue Neck W) SECRETORY CARCINOMA RIGHT SALIVARY GLAND

**Report**
. CT of the neck with contrast

Exam date: 3/17/2022 1:34 PM

Indication: SECRETORY CARCINOMA RIGHT SALIVARY GLAND

Imaging technique: 2.5 millimeter sections from nasopharynx to upper mediastinum with intravenous contrast. Sagittal and coronal reconstructions

All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable

Findings: Reference study 1/18/2022

The cystic mass with mural nodule in the superficial lobe of the right parotid gland is unchanged over this short interval. It measures about 17-18 mm in AP dimension and about 15 mm transversely. No invasion of the deep lobe is seen. The lesion remains smoothly marginated.

No other cystic or solid mass is seen within either parotid gland. The submandibular glands are normal.

No local or regional adenopathy has developed. No stations of the neck remain normal.

No mucosal lesion is seen in the pharynx. Oral cavity, floor of mouth, base of tongue, epiglottis and larynx remain normal.

Thyroid gland is normal.

No abnormality is seen in the imaged thorax.

Muscles of mastication remain normal.

---

| | |
|---|---|
| Patient: MILLER, DARREN | Attending: CHAMBERS, ANTHONY J MD |
| Print Date/Time: 3/17/2022 16:30 CDT | MRN: 000536858 |
| Report Request ID: 559869546 | Page 1 of 2 |

Medical Records
FCC Yazoo City
2225 Haley Barbour Parkway
Yazoo City, MS 39194

87992-025

| | |
|---|---|
| **Patient:** MILLER, DARREN | **Location:** MSRR RAD |
| **MRN:** 000536858 | **Attending:** CHAMBERS,ANTHONY J MD |
| **Account #:** 5468740 | **DOB/Sex:** 1/9/1983  Male |
| **Adm Date:** 3/17/2022 | **Service Code:** RAD Radiology |
| **Primary Care:** CHAMBERS,ANTHONY J MD | **Copy to:** CHAMBERS,ANTHONY J MD |

## Computed Tomography

### Report
No intracranial or orbital abnormality, no osseous abnormality is seen.

IMPRESSION:

Stable appearance of cystic mass with mural nodule in the superficial lobe of the right parotid gland. Differential diagnosis has been previously discussed. Since CT imaging cannot distinguish between benign and low-grade malignant lesions of the parotid gland, consideration should be given to surgical excision

Signer Name: Stephen C Crawford MD
Signed: 3/17/2022 4:21 PM

***** Final *****

Dictated by:    CRAWFORD, STEPHEN C MD
Dictated DT/TM: 03/17/2022 04:21 pm CDT
Signed by:   CRAWFORD, STEPHEN C MD
Signed (Electronic Signature):   03/17/2022 04:21 pm CDT

---

**Patient:** MILLER, DARREN
Print Date/Time:   3/17/2022 16:30 CDT
Report Request ID: 569869546

Attending:  CHAMBERS,ANTHONY J MD
MRN:     000536858
Page 2 of 2

# Bureau of Prisons
## Health Services
### Cosign/Review

| Inmate Name: | MILLER, DARREN CANTRELL | | | Reg #: | 87992-020 |
|---|---|---|---|---|---|
| Date of Birth: | 01/09/1983 | Sex: | M | Race: | BLACK |
| Scanned Date: | 03/22/2022 11:53 EST | | | Facility: | YAM |

**Reviewed with New Encounter Note by Martinez, R. MD on 03/22/2022 12:12.**

## Cancer Center of Greenwood
Medical Oncology & Hematology

**Dr. Ed Rafique, M.D.**
333 Highway 82 West • Greenwood, MS 38930
Phone: 6624533167 • Fax 6624539160
DEA# BR3097981

Medical Records
FCC Yazoo City
2225 Haley Barbour Parkway
Yazoo City, MS 39194

# 87992-020

**Patient:** DARREN MILLER
**DOB:** 01/09/1983
**MRN:** MILDA002
**Attending Physician:** Syed Rafique
**Location:** Greenwood

**Date:** 04/04/2022

**Chief Complaint:**

Patient noted lump right parotid about 2 years ago getting bigger over time Biopsy was consistent with parotic carcinoma

**History Present Illness:**
Referred by Dr. Chambers

**Health Maintenance:**
Colonoscopy on 04/04/2022
Current every day smoker

**Social History:**
Single, smoker, denies alcohol or drug abuse
Pfizer vaccine x2, declined FLU vaccine
had chicken pox as a child
Incarcerated

**Family History:**
Father alive and well
Mother has hx of CVA
1 sister alive and well
1 brother alive and well

**Review of Systems:**
A comprehensive 10 system review of systems is negative with the exception of pertinent findings below:
Pain: 0/10, with 10 being most severe and 1 being least.
Constitutional: No weight loss, no fever, no chills, no night sweats, energy level good
Eyes: No diplopia, no transient or permanent loss of vision, no scotomata
ENT/Mouth: No tinnitus, normal hearing, no epistaxis, no hoarseness, no oral ulcers, no gingival bleeding, no sore throat, no post nasal drip, no nasal drip, no mouth pain, no sinus pain, no dysphagia
Cardiovascular: No chest pain, no palpitations, no syncope, no upper extremity edema, no lower extremity edema, no calf discomfort
Respiratory: No cough, no hemoptysis, no dyspnea, no pleurisy, no wheezing
Breast: No breast mass, no pain, no nipple discharge, no change in size, no change in shape
Gastrointestinal: No abdominal pain, no nausea, no vomiting, no constipation, no hematochezia, no jaundice, no abdominal cramping, no hematemesis, no diarrhea, no melena, no dyspepsia, no dysphagia
Urinary: No dysuria, no hematuria, no nocturia, no urinary incontinence
Gynecological: No vaginal discharge, no supra pubic pain, no abnormal vaginal bleeding
Musculoskeletal: No muscle pain, no swollen joints, no joint redness, no bone pain, no spine tenderness
Skin: No rash, no nodules, no pruritus, no lesions
Neurologic: No confusion, no seizure, no syncope, no tremor, no speech change, no headache, no hiccups, no abnormal gate, no weakness, no sensory changes
Psychiatric: No depression, no anxiety, concentration normal
Endocrine: No polyuria, no polydipsia, no thyroid disease symptoms, no hot flashes
Hematologic: No epistaxis, no gingival bleeding, no petechiae, no ecchymoses
Lymphatic: No lymphadenopathy, no lymphedema
Allergy/Immunologic: No eczema, no frequent mucous membrane infections, no frequent respiratory infections, no recurrent urticaria, no frequent skin infections

**Ob/Gyn History:**

D 4/19/22

R. Martinez, MD
Contract Doctor
FCC Yazoo City

04/08/2022

Page 1 of 2

Cancer Center of Greenwood

Patient: DARREN MILLER

Note Date: 04/04/2022

Previous Surgery:
denies

Past Medical History:
no past medical hx
non DM

Physical Exam:
Vitals: Blood pressure: 142/91, Pulse: 58, Temperature: 97.8 F, Respirations: 20, O2 sat: 98%, Pain Scale: 0, Height: 70 in, Weight: 185 lb, BSA: 2.02, BMI: 26.54 kg/m2
Obesity:
Constitutional: Normal appearance; no acute distress
Eyes: Conjunctiva normal; eyelids normal; PERRLA; sclera anicteric
ENT: External ears and nose normal; hearing grossly normal; oropharynx unremarkable
Neck: Supple; no masses; no adenopathy
Respiratory: Breathing comfortably; lungs clear to auscultation and percussion
Cardiovascular: Normal heart sounds; regular rate and rhythm; no peripheral edema
Left Breast: No breast mass; no nipple changes; no skin changes; no tenderness
Right Breast: No breast mass; no nipple changes; no skin changes; no tenderness
Abdomen: No masses; no tenderness; no hepatomegaly; no splenomegaly; bowel sounds normal
Pelvic: Pelvic exam deferred
Rectal: Rectal exam deferred
Lymph nodes: No cervical adenopathy; no axillary adenopathy; no supraclavicular adenopathy; no inguinal adenopathy
Skin: No rash; no petechiae; no ecchymoses; no pallor; no cutaneous nodules
Musculoskeletal: Normal muscle strength
Neurologic: No focal motor or sensory deficit; cranial nerves intact; normal gait; no abnormal mental status
Psychiatric: Oriented to person time and place; mood and affect appropriate to situation; appropriate judgment and insight; memory intact

Laboratory:

Current Medications:
No Known Medications

Allergies & Adverse Reactions:
No known medication allergies

Problem List:

- Primary malignant neoplasm of parotid gland (disorder)

Assessment:

Parotid carcinoma no mets on exam

Plan:

Refer to ENT for surgery

New Orders:

Syed Rafique, MD

Electronically signed by Syed Rafique 04/04/2022 09:45 AM CDT

4/19/22
R. Martinez, MD
Contract Doctor
FCC Yazoo City

04/08/2022

Page 2 of 2

333 HIGHWAY 82 WEST  
GREENWOOD MS  
DELTA ONCOLOGY

Specimen ID: MILDA002  
Patient ID:  
First Name:  
Run Date/Time: 04/04/2022 10:25 AM  
Collection:  
Location:  
Comments:

Test: CD  
Gender: U  
Last Name:  
Date of Birth:  
Sequence #: 20999  
Physician:  

Specimen: WB  
MILLER, DARREN  
MILDA002 01/09/1983  
04/04/2022 1023 SW

| Test | Result | Flags | Units | Low | High |
|---|---|---|---|---|---|
| WBC | 3.56 | l | x10³/µL | 4.10 | 10.90 |
| LY | 40.39 | | % | 10.00 | 58.50 |
| MO | 10.07 | | % | 4.88 | 12.81 |
| NE | 48.07 | | % | 40.62 | 71.65 |
| EO | 1.24 | | % | 0.74 | 6.73 |
| BA | 0.24 | | % | 0.05 | 0.48 |
| LY# | 1.44 | | x10³/µL | 1.15 | 3.52 |
| MO# | 0.36 | | x10³/µL | 0.25 | 0.99 |
| NE# | 1.71 | l | x10³/µL | 1.85 | 6.72 |
| EO# | 0.04 | | x10³/µL | 0.04 | 0.48 |
| BA# | 0.01 | | x10³/µL | 0.00 | 0.03 |
| RBC | 4.70 | | x10⁶/µL | 4.20 | 6.30 |
| HGB | 14.57 | | g/dL | 12.00 | 18.00 |
| HCT | 42.0 | | % | 37.0 | 51.0 |
| MCV | 89.3 | | fL | 80.0 | 97.0 |
| MCH | 31.0 | | pg | 26.0 | 32.0 |
| MCHC | 34.7 | | g/dL | 31.0 | 36.0 |
| RDW | 13.8 | | % | 11.5 | 14.5 |
| RDW-SD | 43.9 | | fL | 38.9 | 49.0 |
| PLT | 240.2 | | x10³/µL | 140.0 | 440.0 |
| MPV | 8.47 | | fL | 7.42 | 10.77 |

Flags & Messages

Neutrophils  
Segmented  
Band  
Lymphocyte  
Monocyte  
Eosinophil  
Basophil  
Metamyelocyte  
Myelocyte  
Promyelocyte  
Blast  
Ab. Lymph  
Other  
NRBC  
Anisocytosis  
Poikilocytosis  
Polychromasia  
Hypochromasia  
Microcytosis  
Macrocytosis  
Other  
Reviewed by



D 4/19/22

DXH520  Printed 04/04/2022 10:25 AM  BD080221  ras20998.csv

R. Martinez, MD  
Contract Doctor  
FCC Yazoo City



# AEL
## AMERICAN ESOTERIC LABORATORIES

1701 CENTURY CENTER COVE MEMPHIS, TN 38134
Director: Matthew A. Dress, MD; CLIA# 44D0889744
(800)423-0504
(800)423-0504

**REPORT STATUS: FINAL**

| SPECIMEN INFORMATION | | PATIENT INFORMATION | | | ORDERING PHYSICIAN | |
|---|---|---|---|---|---|---|
| SPECIMEN: | 332593199 | MILLER, DARREN | | | RAFIQUE, SYED | |
| REQUISITION: | CCGRWD022067 | DOB: | 01/09/1983 | AGE: 39 Years | CLIENT INFORMATION | |
| COLLECTED: | 04/04/2022 14:46 | GENDER: | M  CHART#: | | CANCER CENTER OF | CCGRWD |
| RECEIVED: | 04/05/2022 03:46 | FASTING: | Unknown | | GREENWOOD | |
| REPORTED: | 04/06/2022 00:14 | ID: | 80748219 | | 333 HIGHWAY 82 WEST | |
| AMENDED: | | PHONE: | (662)716-1020 | | GREENWOOD | |
| REPRINTED: | 04/06/2022 | ADDRESS: | 2225 HALEY BARBOUR PRKWY | | MS, 38930 | |
| | | | INMATE- SEVEN CORNERS | | NOTES AND INSTRUCTIONS: | |
| | | | YAZOO CITY, MS 39194 | | | |

| Test Name | IN Range | OUT Range | Reference Range | Lab |
|---|---|---|---|---|
| **CMP AND HFPA PANEL** | | | | |
| Sodium | 141 | | 135-146 mEq/L | MEM |
| Potassium | 4.9 | | 3.5-5.4 mEq/L | |
| Chloride | 104 | | 95-107 mEq/L | |
| Carbon Dioxide | 24 | | 19-31 mEq/L | |
| Anion Gap | 13 | | 7-23 mEq/L | |
| Glucose Fasting | 80 | | 70-99 mg/dL | |
| Urea Nitrogen (BUN) | 12 | | 6-20 mg/dL | |
| Creatinine | 0.89 | | 0.80-1.40 mg/dL | |
| 2021 CKD-EPI eGFR-cr | 112 | | >59 mL/min/1.73m^2 | |
| BUN/Creatinine Ratio | 13 | | ratio | |
| Calcium Total | 9.5 | | 8.5-10.5 mg/dL | |
| Protein Total | 8.0 | | 6.1-8.3 g/dL | |
| Albumin | 4.9 | | 3.5-5.2 g/dL | |
| Globulin | 3.1 | | 1.7-4.3 g/dL | |
| A/G Ratio | 1.6 | | 0.9-2.8 ratio | |
| Bilirubin Total | 0.4 | | 0.0-1.2 mg/dL | |
| Alkaline Phosphatase | 67 | | 40-117 U/L | |
| AST (SGOT) | 18 | | 9-50 U/L | |
| ALT (SGPT) | 16 | | 5-50 U/L | |
| Bilirubin Direct | 0.1 | | 0.0-0.3 mg/dL | MEM |
| **CARCINOEMBRYONIC AG** | | | | |
| CEA | 3.2 | | <3.8 ng/mL | MEM |

Comment for CARCINOEMBRYONIC AG

In otherwise healthy smokers, 95% of patients fall
in the range of 0.0 - 5.5 ng/mL.
Test performed using the Roche electrochemiluminescent
immunoassay (ECLIA).

**Legend:**

MEM----------> American Esoteric Laboratories 1701 Century Center Cove Memphis, Tn 38134
(800)423-0504
Laboratory Director: Matthew A. Dress, MD; CLIA# 44D0889744

*** END OF REPORT - FINAL ***

4/19/22

| 332593199 | MILLER, DARREN | Page: 1(Last) |
|---|---|---|

R. Martinez, MD
Contract Doctor
FCC Yazoo City

**Cancer Center of Greenwood**
333 Hwy 82 West
Greenwood MS 38930
Phone: (662) 453-3167
Fax: (662) 453-9160

---

Patient: MILLER, DARREN C
DOB: 01/09/1983    ID: MILDA002
Sex: Male

Date ordered: 04/04/2022
Ordered by : Syed Rafique

---

Allergies:                NKA

---

Order: CT
To be done: ASAP
Order Instructions: CT chest
PARTOID CARCINOMA RULE OUT METASTISIS

Electronically signed by Syed Rafique( 1871607588 ) on 04/04/2022 04:46 PM CDT

ATTENTION: This report may contain Protected Health Information as defined by HIPAA and should be managed in accordance with your organization's policies for Protected Health Information.

Page 1 of 1