DARREN CANTRELL MILLER
REG. NO. 87992-020
USP YAZOO CITY
U.S. PENITENTIARY
P.O. BOX 5000
YAZOO CITY, MS 39194

October 5, 2022

Mr. David W. Bunt
Clerk of Court
U.S. District Court
Middle District of Georgia
C.B. King United States Courthouse
201 West Broad Avenue
Albany, GA 31701-2566

RE:   Miller v. United States
      Crim No. 1:05-cr-00043-WLS-TQL-1

Dear Mr. Bunt:

Enclosed please find and accept for filing Movant's Supplemental Motion to Emergency Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) Based on Extraordinary and Compelling Reasons Related to COVID-19 Pandemic. Please submit this document to the Court.

Thank you for your assistance in this matter.

Sincerely,

*Darren Miller*

DARREN CANTRELL MILLER
Appearing *Pro Se*

*Encl. as noted*