

POSTAGE PAID
HOUSTON, TX
77070
OCT 05, 22
AMOUNT
$9.90
R2305P151587-01

1004  31701

PRESS FIRMLY TO SEAL    PRESS FIRMLY

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM:

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com.

DARREN CANTRELL MILLER
REG. NO. 87992-020
USP YAZOO CITY
U.S. PENITENTIARY
P.O. BOX 5000
YAZOO CITY, MS 39194

TO:

Mr. David W. Bunt
Clerk of Court
U.S. District Court
Middle District of Georgia
C.B. King United States Courthouse
201 West Broad Avenue
Albany, GA 31701-2566

EXPECTED DELIVERY DAY: 10/11/22
USPS TRACKING® #
9505 5104 4802 2278 6871 20

**FLAT RATE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

B/C 10-8-22 KH