IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:05-CR-00043-WLS-TQL-1 |
| | : | |
| DARREN CANTRELL MILLER, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ | : | |

## **ORDER**

Presently pending before the Court is Defendant Miller's Motion to Supplement (Doc. 98) his Motion for Compassionate Release (Doc. 96). Therein, Defendant seeks to update and supplement his Motion for Compassionate Release (Doc. 96) to request an "immediate[] release" in light of his cancer diagnosis. (Doc. 98, at 1). And in his Motion to Supplement (Doc. 98), Defendant also made additional arguments to support his request for immediate release.

The Court, however, will not consider those arguments now, and instead, give Defendant an opportunity to submit a final additional brief to supplement his Motion for Compassionate Release (Doc. 96) and make those arguments in therein. As a result, the Government may supplement its response as well.

Thus, for good cause shown, Defendant's Motion to Supplement (Doc. 98) is **GRANTED** for a final supplement. Defendant shall have twenty-one (21) days after the entry of this Order to file his additional motion to supplement his Motion for Compassion Release

1

(Doc. 96). Upon its filing, the Government may file a final supplemental response within fourteen (14) days after service of Defendant's final supplemental briefing.

**SO ORDERED,** this 24th day of October 2022.

                                                        **/s/ W. Louis Sands**
                                                        **W. LOUIS SANDS, SR. JUDGE**
                                                        **UNITED STATES DISTRICT COURT**